# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DAVID TRISTAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RECEIVABLES PERFORMANCE MANAGEMENT, LLC,<br><br>Defendant. | Case No. 2:22-cv-01719-TSZ<br><br>**NOTICE OF RELATED CASES** |

NOTICE OF RELATED CASES
Case No.2:22-cv-01719-TSZ
011142-11/2087991 V1

Hagens Berman Sobol Shapiro LLP
1301 Second Avenue, Suite 2000 • Seattle, WA 98101
(206) 623-7292 • FAX (206) 623-0594

Pursuant to Local Civil Rule 3(g)(1), Plaintiff David Tristan hereby submits this notice of pending, related cases in the Western District of Washington. The related cases are: *Hightower v. Receivables Performance Management, LLC*, No. 2:22-cv-01683-RSM, assigned to Judge Ricardo S. Martinez, *Shemelya v. Receivables Performance Management, LLC*, No. 2:22-cv-01686-RSM, assigned to Judge Ricardo S. Martinez, *Damon v. Receivables Performance Management, LLC*, No. 2:22-cv-01691-MJP, assigned to Judge Marsha J. Pechman, *Goins v. Receivables Performance Management, LLC*, No. 2:22-cv-01692-RSM, assigned to Judge Ricardo S. Martinez, and *Jones v. Receivables Performance Management, LLC*, No. 2:22-cv-01715-LK, assigned to Judge Lauren King.

The above-listed case actions name the same defendant and involve similar claims as the above-captioned matter.

Dated: December 6, 2022                    Respectfully submitted,

By:  */s/ Thomas E. Loeser*
    Thomas E. Loeser, WSB# 38701
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
toml@hbsslaw.com

Tina Wolfson (pro hac vice pending)
AHDOOT & WOLFSON, PC
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505-4521
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
Email: twolfson@ahdootwolfson.com

NOTICE OF RELATED CASES - 1
Case No. 2:22-cv-01726
011142-11/2087991 V1

Hagens Berman Sobol Shapiro LLP
1301 SECOND AVENUE, SUITE 2000 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

Andrew W. Ferich (pro hac vice pending)
AHDOOT & WOLFSON, PC
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: 310.474.9111
Facsimile: 310.474.8585
Email:  aferich@ahdootwolfson.com

*Attorneys for Plaintiff, David Tristan*

NOTICE OF RELATED CASES - 2
Case No. 2:22-cv-01726
011142-11/2087991 V1

Hagens Berman Sobol Shapiro LLP
1301 Second Avenue, Suite 2000 • Seattle, WA 98101
(206) 623-7292 • FAX (206) 623-0594